# EXHIBIT B
# NOTICE OF FILING OF REMOVAL

| | | |
|---|---|---|
| STATE OF RHODE ISLAND, SC | : | SUPERIOR COURT |
| NIGEL WILLIAMS | : | CIVIL ACTION NO. 06-4162 |
| V. | : | |
| WAL-MART STORES, INC. | : | OCTOBER 4, 2006 |

**NOTICE OF FILING OF REMOVAL**

**TO: THE JUDGES OF THE SUPERIOR COURT FOR THE STATE OF RHODE ISLAND; ANDALL PARTIES TO THE ACTION HEREIN:**

**PLEASE TAKE NOTICE** that the defendant, Wal-Mart Stores East, LP, incorrectly sued as Wal-Mart Stores, Inc., ("Wal-Mart") has filed a Petition and/or Notice of Removal of this action in the United States District Court for the District of Rhode Island on October 4, 2006, pursuant to the provisions of 28 U.S.C. §§ 1446(a) and 1332(a).

The petition and notice is filed and served pursuant to 28 U.S.C. § 1446(d). A copy of the Petition and/or Notice of Removal filed in the United States District Court for the District of Rhode Island No.____________________________________ is attached hereto.

THE DEFENDANTS
WAL-MART STORES EAST, LP, named
herein as WAL-MART STORES, INC.

By: ________________________

Susan Marcotte Carlin, Esq.
R.I. Bar No. 2648
Famiglietti & Carlin, Ltd.
The Lincoln Center, Suite 205
132 Old River Road
Lincoln, RI 02865
R.I. Bar No. 2648
401 335-4550
401 335-4515 (facsimile)

**CERTIFICATION**

This is to certify that on this 4th day of October 2006, I caused a copy of the foregoing Notice of Filing of Removal to be hand delivered to:

**Plaintiff's Attorney**
Mark Gagliardi, Esq.
420 Angell Street
3rd Floor
Providence, RI 02906

Susan Marcotte Carlin, Esq.