**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| NIGEL WILLIAMS,<br>Plaintiff | : | CIVIL ACTION<br>NO. |
| V. | : | |
| WAL-MART STORES, INC.<br>Defendant | : | OCTOBER 4, 2006 |

**STATE COURT RECORD**

Attached hereto are certified copies of the docket sheets and all documents filed in the matter of *Nigel Williams v. Wal-Mart Stores, Inc.*, which was originally brought in the Superior Court for the State of Rhode Island, Civil Action No.: PC-2006-4162. The documents are:

1. Docket Sheet dated October 4, 2006.
2. Civil Case Cover Sheet dated August 9, 2006.
3. Docket Sheet dated August 10, 2006.
4. Complaint dated August 8, 2006.
5. Receipt dated August 9, 2006 (Fiscal Office).
6. Receipt dated August 9, 2006 (Defendant's Copy).

THE DEFENDANTS
WAL-MART STORES EAST, LP, named
herein as WAL-MART STORES, INC.

By: ______________________________
Susan Marcotte Carlin, Esq.
Famiglietti & Carlin, Ltd.
Rhode Island Bar No. 2648
The Lincoln Center, Suite 205
132 Old River Road
Lincoln, RI 02865
401 335-4550
401 335-4515 (facsimile)

**CERTIFICATION**

This is to certify that on this 4th day of October 2006, I hereby hand delivered a copy of the foregoing State Court Record to:

**Plaintiff's Attorney**
Mark Gagliardi, Esq.
420 Angell Street
3rd Floor
Providence, RI 02906

______________________________
Susan Marcotte Carlin, Esq.



HARTFORD 141151v1

**1. DOCKET SHEET DATED OCTOBER 4, 2006.**

STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS
SUPERIOR COURT
CIVIL DOCKET SHEET

Case ID: PC-2006-4162 NIGEL WILLIAMS V WAL MART STORES INC

Filing Date: 08-09-2006
Case Status: UNASSIGNED

Case Type: CIVIL RIGHTS/JOB DISCRIMIN
Status Date: 08-09-2006

Plaintiff: NIGEL WILLIAMS
ID: @10855786

Attorney: MARK GAGLIARDI

Defendant: WAL-MART STORES INC.
ID: @10855787

Scheduled Events

| Date | Event | Location | Judge |
|---|---|---|---|

Prior Events

| Date | Event | Location | Judge |
|---|---|---|---|

Case Jacket

| Checked Out | Returned | Person | Comments/Text |
|---|---|---|---|

Docket Entry Information

| Date | Description | Text |
|---|---|---|
| 08-09-2006 | COMPLAINT FILED | |
| 08-09-2006 | INITIAL FILING FEE | |
| 08-09-2006 | Payment Applied | A Payment of -$160.00 was made on receipt SCP231535. |
| 09-22-2006 | SUMMONS,PROOF OF SERVICE FILED | TO WAL MART STORES INC |

True Copy Attest
[signature]
Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence Rhode Island