**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| NIGEL WILLIAMS,<br>Plaintiff | : | CIVIL ACTION<br>NO. 2006-0437 S DML |
| | : | |
| V. | : | |
| | : | |
| WAL-MART STORES, INC.<br>Defendant | : | OCTOBER 5, 2006 |

**<u>REQUEST FOR EXTENSION OF TIME</u>**

The Defendant, Wal-Mart Stores East, L.P., hereby requests an extension of time to and including November 11, 2006 to provide responses to Plaintiff's Complaint. The Defendant requires additional time to provide thorough responses and to ensure the accuracy of the Answer. This is Defendant's first request for an extension of time to respond to this discovery. Plaintiff's counsel has been contacted, and has no objection to this extension.

DEFENDANT,
WAL-MART STORES EAST, L.P.
By its Attorneys,

<u>/s/ Susan Marcotte Carlin</u>
Susan Marcotte Carlin, Esq.
RI Bar No. 2648
Famcarltd@aol.com

**FAMIGLIETTI & CARLIN, LTD.**
132 Old River Road, Suite 205
Lincoln, Rhode Island 02865
(401) 335-4550
(401) 335-4515 Fax

Dated: October 6, 2006

**CERTIFICATION**

I hereby certify that on October 6, 2006 copies of the within were filed by electronic means to Mark Gagliardi, Esq.

/s/ Susan Marcotte Carlin