**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| NIGEL WILLIAMS,<br>Plaintiff | : | CIVIL ACTION<br>NO. 06-437-S-DLM |
| | : | |
| V. | : | |
| | : | |
| WAL-MART STORES, INC.<br>Defendant | : | NOVEMBER 13, 2006 |

**ANSWER**

Defendant, Wal-Mart Stores East, LP ("Wal-Mart"), hereby responds to the Plaintiff's Complaint, dated August 8, 2006 and removed to this Court on October 4, 2006, as follows:

1. Admits the allegations of Paragraph 1 of the Complaint upon basis and belief.

2. Admits the allegations of Paragraph 2 of the Complaint upon basis and belief.

**JURISDICTION AND VENUE**

3. This is a legal conclusion, and plaintiff is left to his proof.

4. This allegation is rendered moot based upon the October 4, 2006 removal of this matter to the U.S. District Court, District of Rhode Island. Denies that defendant is a Rhode Island corporation.

**FACTS**

5. Denies knowledge or information upon which to form a belief as to the allegations of Paragraph 4 and therefore leaves plaintiff to his proof, except admits that based on belief that plaintiff is a person of color.

6. Admits the allegations of Paragraph 6 of the Complaint upon basis and belief.

7. Denies knowledge or information upon which to form a belief as to the allegations of Paragraph 7 of the Complaint, but admits that plaintiff began working for Wal-Mart on or about November 1999.

8. Denies the allegations of paragraph 8 of the Complaint upon basis and belief.

9. Denies knowledge or information upon which to form a belief as to the allegations of Paragraph 9 of the complaint.

10. Denies the allegations of Paragraph 10 of the Complaint upon basis and belief.

11. Denies the allegations of Paragraph 11 of the Complaint upon basis and belief.

12. Denies the allegations of Paragraph 12 of the Complaint upon basis and belief.

13. Admits the allegations of Paragraph 13 of the Complaint upon basis and belief.

14. Denies the allegations of Paragraph 14 of the Complaint upon basis and belief.

15. Admits the allegations of Paragraph 15 of the Complaint upon basis and belief.

16. Admits the allegations of Paragraph 16 of the Complaint upon basis and belief.

17. Denies knowledge or information upon which to form a belief as to the allegations of Paragraph 17 of the Complaint.

18. Admits the allegations of Paragraph 18 of the Complaint, upon basis and belief.

**COUNT ONE**

19. The Defendant's responses to Paragraphs 1 through 18 of the Complaint are hereby incorporated by reference and made the responses to Paragraphs 1 through 18 of Count One.

20. Denies the allegations of Paragraph 20 of the Complaint.

21. Denies the allegations of Paragraph 21 of the Complaint.

**COUNT TWO**

22. The Defendant's responses to Paragraphs 1 through 21 of the Complaint are hereby incorporated by reference and made the responses to Paragraphs 1 through 21 of Count Two.

23. Denies the allegations of Paragraph 23 of the Complaint.

24. Denies the allegations of Paragraph 24 of the Complaint.

**COUNT THREE**

25. The Defendant's responses to Paragraphs 1 through 24 of the Complaint are hereby incorporated by reference and made the responses to Paragraphs 1 through 24 of Count Three.

26. Denies the allegations of Paragraph 26 of the Complaint.

27. Denies the allegations of Paragraph 27 of the Complaint.

28. Denies the allegations of Paragraph 28 of the Complaint.

**COUNT FOUR**

29. The Defendant's responses to Paragraphs 1 through 28 of the Complaint are hereby incorporated by reference and made the responses to Paragraphs 1 through 28 of Count Four.

30. Denies the allegations of Paragraph 30 of the Complaint.

31. Denies the allegations of Paragraph 31 of the Complaint.

32. Admits the allegations of Paragraph 32 of the Complaint.

33. Lacks knowledge as to the allegations of Paragraph 33 of the Complaint.

34. Denies the allegations of Paragraph 34 of the Complaint.

35. Denies the allegations of Paragraph 35 of the Complaint.

36. Denies the allegations of Paragraph 36 of the Complaint.

37. Denies the allegations of Paragraph 37 of the Complaint.

38. Denies the allegations of Paragraph 38 of the Complaint.

## SPECIAL DEFENSES

### FIRST DEFENSE

The Complaint fails to state a cause of action against defendant upon which relief may be granted.

### SECOND DEFENSE

Any and all actions taken by defendant with respect to plaintiff were based on legitimate, non-discriminatory factors, and were made in good faith and in compliance with all applicable law.

### THIRD DEFENSE

Some or all of the plaintiff's allegations are time barred.

### FOURTH DEFENSE

Plaintiff has failed to reasonably avail himself of Wal-Mart's harassment complaint procedures.

**FIFTH DEFENSE**

Plaintiff has sued the wrong entity.

**SIXTH DEFENSE**

Upon basis and belief, plaintiff has failed to mitigate his damages

THE DEFENDANT
WAL-MART STORES EAST, LP

/s/ Susan Marcotte Carlin

Susan Marcotte Carlin, Esq.
R.I. Bar No. 2648
Famcarltd@aol.com

**Famiglietti & Carlin, Ltd.**
The Lincoln Center
132 Old River Road, Suite 205
Lincoln, Rhode Island 02865
401 335-4550
401 335-4515

**CERTIFICATION**

This is to certify that on this 13th day of November 2006, copies of the within were filed by electronic means to Mark Gagliardi, Esq.

/s/ Susan MarcotteCarlin
Susan Marcotte Carlin