AO 458 (Rev. 5/85) Appearance

# United States District Court

DISTRICT OF

## APPEARANCE

NIGER WILLIAMS,
PLAINTIFF

CASE NUMBER: 06-437S

V.

WAL-MART STORES, INC.,
DEFENDANT

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

December 13, 2006
*Date*

[signature]
*Signature*

KRISTI F. MACKIN.
*Print Name*

44 BROOKMOOR RD
*Address*

W. HARTFORD, CT 06107
*City* *State* *Zip Code*

860-275-6417
*Phone Number*