**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| NIGEL WILLIAMS,<br>Plaintiff | : | |
| v. | : | C.A. No. 06-437-S-DLM |
| WAL-MART STORES, INC.,<br>Defendant | : | |

**JOINT MOTION TO EXTEND DISCOVERY DEADLINE AND OTHER DATES SET FORTH IN PRETRIAL ORDER DATED DECEMBER 16, 2006**

Now come the Parties in the above-captioned matter and hereby move this Honorable Court to extend the deadlines and other dates set forth in its Pretrial Order dated December 13, 2006 an additional ninety (90) days from April 16, 2007 to July 16, 2007 for: (1) Fact discovery; and from April 30, 2007 to July 30, 2007 for: (2) Dispositive Motions; and (3) Pretrial Memoranda.

As grounds for this Motion, the parties have identified several witnesses that are no longer working at Wal-Mart and have yet to be located. Some of these individuals are known and/or believed to be residing and working out of state. Moreover, the parties anticipate that this matter will require several out-of-state depositions, which will need to be

arranged. Lastly, Plaintiff changed his residence recently and needs additional time within to locate documents necessary to prosecute his claims and to more fully comply with discovery.

| | |
|---|---|
| WAL-MART STORES, INC. | Nigel Williams |
| By Its Attorney, | By His Attorney, |
| /s/ Kristi E. Mackin<br>THELEN REID BROWN RAYSMAN &<br>STEINER LLP<br>City Place II, 10th Floor<br>185 Asylum Street<br>Hartford, CT 06103<br>(860) 275-6417<br>(860) 275-6410 (fax)<br>kmackin@thelen.com (e-mail) | /s/ Mark P. Gagliardi (#6819)<br>LAW OFFICE OF MARK P. GAGLIARDI<br>111 Wayland Avenue<br>Providence, RI 02906<br>(401) 277-2030<br>(401) 277-2021 (fax)<br>mgagliardi@verizon.net (email) |

**CERTIFICATION**

I hereby certify that on this **12th** day of March, 2007, I electronically filed this Motion with the Clerk of the U.S. District Court for the District of Rhode Island. The following counsels of record have received notice electronically:

Kristi E. Mackin, Esq.
THELEN REID BROWN RAYSMAN & STEINER LLP
City Place II, 10th Floor
185 Asylum Street
Hartford, CT 06103

/s/Mark P. Gagliardi