**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| NIGEL WILLIAMS, Plaintiff | : | CIVIL ACTION NO. 06-437-S-DLM |
| V. | : | |
| WAL-MART STORES, INC. Defendant | : | MARCH 12, 2007 |

**MOTION FOR ADMISSION PRO HAC VICE**

Defendant Wal-Mart Stores, Inc. ("Wal-Mart"), hereby moves that Joel L. Finger be admitted *Pro Hac Vice* in the above case as counsel with local counsel identified below.

THE DEFENDANT
WAL-MART STORES EAST, LP

By: ______________________
Kristi E. Mackin
THELEN REID BROWN RAYSMAN & STEINER LLP
CityPlace II, 185 Asylum Street
Hartford, CT 06103
(860) 275-6417

**CERTIFICATE OF SERVICE**

I hereby certify that I caused a true and correct copy of the foregoing Motion for Admission Pro Hace Vice to be served upon the following counsel on March 12, 2007:

Mark Gagliardi, Esq.
111 Wayland Avenue
Providence, RI 02906

Susan Marcotte Carlin, Esq.
Famiglietti & Carlin, Ltd.
The Lincoln Center
132 Old River Road, Suite 205
Lincoln, RI 02865

Kristi E. Mackin

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| NIGEL WILLIAMS, Plaintiff | : | CIVIL ACTION NO. 06-437-S-DLM |
| V. | : | |
| WAL-MART STORES, INC. Defendant | : | MARCH 9, 2007 |

**ATTORNEY'S CERTIFICATION FOR PRO HAC VICE ADMISSION**

I hereby certify as follows:

1. I am a member in good standing of the bar of the States of New York and New Jersey and of the following Federal Courts: United States Supreme Court; Courts of Appeal for the Second, Third, Fourth and Ninth Circuits; District Courts for New Jersey, New York (Southern, Northern, Eastern and Western Districts); Northern District of California and Eastern District of Michigan, and my eligibility to practice before those courts has not been restricted in any way.

2. I have never been disciplined or sanctioned by any court or other body having disciplinary authority over attorneys; there are no disciplinary proceedings pending against me at this time; and I have never had my *pro hac vice* status revoked by any court.

3. I have never been convicted of any crime, other than minor traffic offenses.

4. I have not been admitted or applied to be admitted *pro hac vice* in any case in this District during the past 12 months.

5. I understand my obligations to notify this Court immediately of any changed circumstances that affect my answers to the preceding questions.

6. I have read, acknowledge and agree to observe and to be bound by the local rules and orders of this Court, including the Rules of Professional Conduct of the Rhode Island Supreme Court, as adopted by this Court as the standard of conduct for all attorneys appearing before it.

7. For purposes of this case I have associated with local counsel identified below, and have read, acknowledge and will observe the requirements of this Court respecting the participation of local counsel, as set out in LR Gen 204, recognizing the failure to do so may result in my being disqualified, either upon the Court's motion or motion of other parties in the case.

Joel L. Pinger
THELEN REID BROWN RAYSMAN &
STEINER LLP

I certify that I have read and join in the foregoing motion, and acknowledge and agree to observe the requirements of LR Gen 204 in its entirety and as it related to the participation and responsibilities of local counsel.

Kristi E. Mackin
THELEN REID BROWN RAYSMAN & STEINER LLP
CityPlace II, 185 Asylum Street
Hartford, CT 06103
(860) 275-6417

**ORDER**

This motion is hereby Granted.

WSmith

District Judge

Date: 3/19/07