**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| NIGEL WILLIAMS,<br>Plaintiff | : | |
| v. | : | C.A. No. 06-437-S-DLM |
| WAL-MART STORES, INC.,<br>Defendant | : | |

**DISMISSAL STIPULATION**

By the agreement of the parties, the above-captioned matter is dismissed with prejudice, no interest, no costs.

WAL-MART STORES, INC.
By Its Attorney,

/s/ Kristi E. Mackin
THELEN REID BROWN RAYSMAN & STEINER LLP
City Place II, 10th Floor
185 Asylum Street
Hartford, CT 06103
(860) 275-6417
(860) 275-6410 (fax)
kmackin@thelen.com (e-mail)

Nigel Williams
By His Attorney,

/s/ Mark P. Gagliardi (#6819)
LAW OFFICE OF MARK P. GAGLIARDI
111 Wayland Avenue
Providence, RI 02906
(401) 277-2030
(401) 277-2021 (fax)
mgagliardi@verizon.net (email)

**CERTIFICATION**

I hereby certify that on this **21 st** day of **June**, 20**07**, I electronically filed this Stipulation with the Clerk of the U.S. District Court for the District of Rhode Island. The following counsels of record have received notice electronically:

Kristi E. Mackin, Esq.
THELEN REID BROWN RAYSMAN & STEINER LLP
City Place II, 10th Floor
185 Asylum Street
Hartford, CT 06103

/s/Mark P. Gagliardi